No. 98–9277. CHRISTOPHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–9292. EDWARDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1513. REDBUD COMMUNITY HOSPITAL ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.; and

No. 98–1526. SCHUG v. BURROWS, SUCCESSOR-IN-INTEREST TO BURROWS, DECEASED, ET AL. C. A. 9th Cir. Motion of Physician Insurers Association of America for leave to file a brief as *amicus curiae* in No. 98–1526 granted. Motion of California Medical Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. Reported below: 165 F. 3d 36.